■ JOSEPH P. GOVERNALI, Respondent, v. ELLIN GOVERNALI, Appellant.— Order entered on November 28, 1962, which in part referred defendant's application for temporary alimony and counsel fee to the trial court for determina-

tion, unanimously modified on the law and the facts and in the exercise of discretion, to the extent of granting defendant a temporary allowance of $30 a week, retroactive to the return date of the motion, for alimony and support of the infant, and for counsel fee the sum of $500; and as thus modified the order is affirmed, with $20 costs and disbursements to appellant. Settle order on notice. Concur — Botein, P. J., Breitel, Valente, Steuer and Bastow, JJ.